NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1240, -1251, -1274

VERIZON SERVICES CORP., VERIZON LABORATORIES, INC.,
and VERIZON COMMUNICATIONS, INC.,

Plaintiffs-Appellees,

v.

VONAGE HOLDINGS CORP.
and VONAGE AMERICA, INC.,

Defendants-Appellants.

ON MOTION

Before MICHEL, Chief Judge, GAJARSA and DYK, Circuit Judges.

PER CURIAM.

O R D E R

Vonage Holdings Corp. et al. (Vonage) move for a stay, pending appeal, of the permanent injunction issued by the United States District Court for the Eastern District of Virginia.  Verizon Services Corp. et al. (Verizon) oppose.  Vonage replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for a stay, pending appeal, is granted.

(2)     Vonage's opening brief is due May 9, 2007.  Verizon's opening brief is due May 23, 2007.  Vonage's reply brief and the joint appendix are due May 30, 2007.  All briefs must be hand-served.

(3)     The appeal is scheduled for oral argument before the same panel at 10 a.m. on June 25, 2007.

FOR THE COURT


_____April 24, 2007_____                    /s/ Jan Horbaly_____
            Date                                        Jan Horbaly
                                                        Clerk

cc:     Peter C. McCabe, III, Esq.
        Roger E. Warin, Esq.